IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. RISKIN, | 1:08-cv-00539 LJO-WMW (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| M. MARTEL, et al, | (DOCUMENT #20) |
| Respondent. | (30) THIRTY DAY DEADLINE |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On September 29, 2008, Petitioner filed a motion to extend time to file Traverse.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted THIRTY days from the date of service of this order in which to file his Traverse.

IT IS SO ORDERED.

**Dated:   October 3, 2008**            /s/  William M. Wunderlich
                                         UNITED STATES MAGISTRATE JUDGE